**No. 47386.**—Protest 71607–K of F. S. Whelan & Sons (Detroit).

Opinion by Kincheloe, J. When the case was called for hearing there was no appearance on the part of the plaintiff-corporation. The protest was ordered submitted for decision on the record. As the court was unable, from an examination of the record, to discover any error in the classification and assessment of duty, the protest was overruled.

**No. 47387.**—Protests 849393–G, etc., of Allied Stores Corp. et al. (New York).

Opinion by Kincheloe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.